Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*AF Holdings, L.L.C.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AF HOLDINGS, L.L.C., a St. Kitts and Nevis limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LAIZURE,<br><br>Defendant. | **CASE NO.: 2:12-CV-02131-PHX-DGC**<br><br><br>**NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a) INITIAL DISCLOSURE STATEMENT** |

Notice is hereby given that Plaintiff AF Holdings, L.L.C., through its undersigned counsel, has served its Rule 26(a) Initial Disclosure Statement upon Defendant via email per stipulation on December 14, 2012.

Dated this 20th day of December, 2012

                                                  Law Offices of Steven James Goodhue

                                        By: _/s/ Steven James Goodhue_____
                                              Steven James Goodhue (#029288)
                                              9375 East Shea Blvd., Suite 100
                                              Scottsdale, AZ  85260
                                              *Attorney for Plaintiff*
                                              *AF Holdings, L.L.C.*

1    I hereby certify that on December 20, 2012, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such

2    filing to all parties of record.

3    **A COPY** of the foregoing was mailed (or
      served via electronic notification per stipulation

4    if indicated by an "*") on December 20, 2012, to:

5    Steven Laizure* (*laizuretrucking@aol.com*)
     16942 West Central Street

6    Surprise, Arizona 85388

7

     /s/ Steven James Goodhue

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2